CARL BRAUN, Respondent, v. NASH EAST GENESEE, INC., Appellant.— Judg-

ment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.